IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:

ARTHUR D EVEREST      Case No:  14-29084 DR
   Debtor        Chapter 13

- - - - - - - - - - - - - - - - -

LINE REQUESTING ENTRY OF ORDER DENYING CONFIRMATION
WITHOUT LEAVE TO AMEND

 Now comes Edward C. Christman, counsel to Debtor hereby requesting entry of order denying confirmation of Debtor's plan without leave to amend.

Dated: April 27, 2015

          **/s/Edward C. Christman, Jr.** _
          Edward C. Christman, Jr.
          Christman & Fascetta, LLC
          810 Gleneagles Court
          Suite 301
          Towson, MD  21286
          (410) 494-8388

CERTIFICATE OF SERVICE

 I hereby certify that on this 27th day of April, 2015, a copy of the Line Requesting Entry Of Order Denying Confirmation Without Leave to Amend was served via first class, postage prepaid mail addressed to all parties listed below, which include all creditors on the Mailing Matrix and the Chapter 13 Trustee.

All creditors on the Mailing Matrix

Ellen Cosby, Trustee
300 E. Joppa Road, Ste. 409
Towson, Maryland 21286

          **/s/Edward C. Christman, Jr.**
          Edward C. Christman, Jr.