```
             IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF MARYLAND
```

IN RE:

ARTHUR D EVEREST                          Case No.: 14-29084 DR

                                          Chapter 13

***************************************************************

ORDER GRANTING MOTION TO DIRECT PAYMENT
OF PLAN FUNDS TO UNDERSIGNED COUNSEL

Upon consideration of Counsel's Motion to Direct Payment of Plan Funds to Undersigned Counsel it is by the United States Bankruptcy Court for the District of Maryland, and for good cause shown, it is hereby

ORDERED, that the Chapter 13 Trustee is directed to pay towards Edward C. Christman's remaining attorney's fees of $3,500.00, the amount of $2,655.00, less any allowed Trustee fee from the $2,655.00 that is being held in escrow by the Chapter 13 Trustee directly to Edward C. Christman, Debtor's Counsel for services rendered.

cc:
Edward C. Christman
Chapter 13 Trustee
Office of the United States Trustee
Debtor

END OF ORDER