| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 14-29084<br>District of Maryland<br>Baltimore<br>Mon Apr 27 14:13:43 EDT 2015 | Wells Fargo Bank, NA<br>Alba Law Group, P.A.<br>11350 McCormick Road<br>Executive Plaza III, Suite 200<br>Hunt Valley, MD 21031-1002 | Wells Fargo Financial Maryland, Inc.<br>Alba Law Group, P.A.<br>11350 McCormick Road<br>Executive Plaza III, Suite 200<br>Hunt Valley, MD 21031-1002 |
| Alba Law Group, PA<br>11350 McCormick Road Ste. 200<br>Executive Plaza III<br>Hunt Valley, MD 21031-1002 | Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Comptroller of Maryland<br>301 West Preston Street, Room 409<br>Baltimore, MD 21201-2396 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | M&T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240-1508 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 |
| Supervisor of Delin. Accts.<br>Rm. 1 Municipal Building<br>Holliday & Lexington Streets<br>Baltimore, MD 21202 | Wells Fargo Bank N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Financial Maryland, Inc<br>3476 Stateview Blvd<br>MAC# D3347-014<br>Ft Mill, SC 29715-7203 |
| (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wf Fin Bank<br>Attention: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 | Arthur D Everest<br>4238 Elsa Terrace<br>Baltimore, MD 21211-1519 |
| Edward C. Christman Jr.<br>Christman & Fascetta, LLC<br>810 Gleneagles Court<br>Suite 301<br>Towson, MD 21286-2237 | Ellen W. Cosby<br>300 E Joppa Road, Suite 409<br>Towson, MD 21286-3005 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| M & T Bank<br>Attn: Bankruptcy<br>1100 Wehrle Dr  2nd Floor<br>Williamsville, NY 14221 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                   19 |

Case 14-29084   Doc 32-2   Filed 05/06/15   Page 1 of 1