```
            IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF MARYLAND
```

IN RE:                          *
ARTHUR D EVEREST
                                *         Chapter 13

    Debtor                      *         Case No: 14-29084 DR

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

MOTION TO CONVERT TO CHAPTER 7 CASE

NOW comes ARTHUR D EVEREST, debtor by Edward C. Christman, Jr. and Christman & Fascetta, LLC, their attorneys, pursuant to 11 U.S.C. Section 1307(a) and state:

1. The debtor filed a Petition for an Order for relief under Chapter 13 of the Bankruptcy Code on December 16, 2014. A Chapter 13 Order for Relief was granted.

2. The debtor is now qualified to file for an Order for Relief under Chapter 7 of the Bankruptcy Code.

WHEREFORE, the debtor prays for an Order for relief under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. Section 1307(a).

Dated: May 18, 2015

<div style="margin-left:50%">

<u>/s/Edward C. Christman, Jr.</u>
Edward C. Christman, Jr.
Christman & Fascetta, LLC
810 Gleneagles Court
Suite 301
Towson, MD  21286
(410) 494-8388

</div>

CERTIFICATE OF SERVICE

       I hereby certify that on this 18th day of May, 2015, a copy of the foregoing Petition for Conversion to Chapter 7 was mailed by first class mail, postage prepaid to the following:

All Creditors on Attached Mailing Matrix
Ellen Cosby, Chapter 13 Trustee


       /s/Edward C. Christman, Jr.\_\_\_\_
       Edward C. Christman, Jr.